

FILED
Stephan Harris
Clerk of Court
1:12 pm, 11/27/17

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ANDREW LAMBERT SILICANI<br><br>Petitioner<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent | Case Number: 17-CV-197-F |

## ORDER REQUIRING SERVICE OF MOTION UNDER 28 U.S.C. § 2255, REQUIRING A RESPONSE, AND SETTING DEADLINES

Petitioner has filed a motion under 28 U.S.C. § 2255 seeking to vacate, set aside, or correct Petitioner's sentence. The Court has examined the motion and finds it should be served on the Government. It is therefore

**ORDERED** that the Clerk of Court serve a copy of Petitioner's motion on the Government. It is further

**ORDERED** that the Government file a response within twenty-one (21) days after being served with Petitioner's motion. It is further

**ORDERED** that Petitioner may file a reply to the Government's response within twenty-one (21) days after being served with the response.

Dated this 27th day of November, 2017.

_Nancy D. Freudenthal_
Nancy D. Freudenthal
Chief United States District Judge