

**FILED**

*2:43 pm, 12/11/17*

**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

ANDREW LAMBERT SILICANI,

Petitioner,

v.

Case No. 17-CV-197-F

UNITED STATES OF AMERICA,

Respondent.

## ORDER GRANTING UNITED STATES' MOTION FOR EXTENSION OF TIME

After due consideration of the motion of the United States for an extension of time within which to respond to the Petitioner's motion, and the court being otherwise fully apprised of all of the circumstances,

**IT IS HEREBY ORDERED** that the United States' motion for an extension of time in which to respond to Petitioner's motion under 28 U.S.C. § 2255 is granted for an additional sixty days, and that the United States shall file its response on or before February 16, 2018.

DATED this 11 day of December, 2017.

NANCY D. FREUDENTHAL
CHIEF JUDGE, UNITED STATES DISTRICT COURT