# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **ANDREW LAMBERT SILICANI,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA**,<br><br>Respondent. | Case No. 17-CV-197-F |

## ORDER GRANTING UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME

After due consideration of the motion of the United States for an extension of time within which to respond to the Petitioner's motion, and the court being otherwise fully apprised of all of the circumstances,

**IT IS HEREBY ORDERED** that the United States' motion for an extension of time in which to respond to Petitioner's motion under 28 U.S.C. § 2255 is granted for an additional sixty days, and that the United States shall file its response on or before April 17, 2018.

**DATED** this _____ day of February, 2018.

_____
NANCY D. FREUDENTHAL
CHIEF JUDGE, UNITED STATES DISTRICT COURT