Courts Clerk,

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2018 APR -2 AM 8:51

3-25-18

My Name is Andrew Lambert Silicani, I'm Curently Serving a Sentence of 35 years in fed's. I wanted to inform the Courts that I have Been transferd from florence CO USP to Lewisburg, PA SMU Program. I Curently have an active 2255 Motion in. And am awaiting a Response from the United States attorney So I would like to give My New Address. "United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Thank you. Allso I was hopeing you could please Send Me a Copy of My Docket Sheet for My Court Proseedings in My Curent Case Id appreciate it thank you Have a wonderfull day.

Andrew Silicani

Inmate Name: Andrew S. [illegible]
Register Number: 14126-091
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

HARRISBURG PA 171

28 MAR 2018 PM 1 L

Joseph C. O'Mahoney Federal Building
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

82001-365841