FILED



*10:52 am, 9/28/18*
**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

ANDREW LAMBERT SILICANI,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

Case No. 17-CV-197-F

(Criminal No. 15-CR-57-F)

## FINAL JUDGMENT

This action came before the Court Petitioner's motion pursuant to 28 U.S.C. § 2255, the Honorable Nancy D. Freudenthal, United States District Judge, presiding. The Court entered an Order Denying Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, finding that Petitioner is not entitled to relief pursuant to 28 U.S.C. § 2255, no hearing is required, and no certificate of appealability shall issue.

IT IS ORDERED, ADJUDGED, AND DECREED that this matter is DISMISSED.

Dated this 28th day of September, 2018.

_____
*Clerk of Court or Deputy Clerk*